IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES ANTHONY NEALY, § | |
| PETITIONER, § | |
| § | |
| V. § | |
| § | No. 3:01-CV-2274-P |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| RESPONDENT. § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 18 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, the Court finds that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court. Petitioner's objections to the findings and conclusions of the Magistrate Judge are overruled.

Signed on this the 18th day of May, 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE